# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, R.Q. WARD, J.R. MCFARLANE**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JUSTIN M. NAJDAWI**
**GUNNER'S MATE THIRD CLASS**
**(E-4), U.S. NAVY**

**NMCCA 201300298**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 21 May 2013.
**Military Judge:** CAPT John Waits, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation:** CDR M.C. Holifield, JAGC, USN.
**For Appellant:** LT Jared Hernandez, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court